AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the Middle _____ District of _____ Tennessee

Mark Dickerson

v.

Ameriquest Mortgage Company and Citi
Residential Lending, Inc.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:    **3  0 7  1 2 7 2**

**JUDGE WISEMAN**

TO: (Name and address of Defendant)

Ameriquest Mortgage Company
SERVE registered agent: National Registered Agents, Inc.
                        1900 Church Street
                        Suite 400
                        Nashville, TN 37203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Tarpley and Jessica Myers
Legal Aid Society of Middle Tennessee and the Cumberlands
300 Deaderick Street
Nashville, TN 37203

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**KEITH THROCKMORTON**

DEC 2 1 2007

CLERK

_(By) DEPUTY CLERK_

DATE

**RETURN COPY**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | January 4, 2008 |
| NAME OF SERVER *(PRINT)* Jessica Myers | TITLE | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Served by certified mail, return receipt requested, upon said defendant, name and address as shown on reverse side thereof.  Return receipt card is attached hereto.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/11/08
           Date

                                  *Signature of Server*

Legal Aid Society
300 Deaderick Street
Nashville, TN 37201
     *Address of Server*

(1) As to who may serve a summons see Rule 4 of

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ameriquest Mortgage Company
c/o National Registered Agents, Inc.
1900 Church Street, Suite 400
Nashville, TN 37203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X E. Ward    ☐ Agent   ☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery
E. Ward

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
  ☒ Certified Mail   ☐ Express Mail
  ☐ Registered    ☒ Return Receipt for Merchandise
  ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service label*)    7005 1820 0005 0891 0853

PS Form 3811, February 2004    /   Domestic Return Receipt     102595-02-M-1540