%AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

| For the Middle | District of | Tennessee |

Mark Dickerson

**SUMMONS IN A CIVIL ACTION**

V.

Ameriquest Mortgage Company and Citi Residential Lending, Inc.

CASE NUMBER:  3  07  1272

**JUDGE WISEMAN**

TO: (Name and address of Defendant)

    Citi Residential Lending, Inc.
    SERVE registered agent: Corporation Service Company
                              2908 Poston Avenue
                              Nashville, TN  37203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    David J. Tarpley and Jessica Myers
    Legal Aid Society of Middle Tennessee and the Cumberlands
    300 Deaderick Street
    Nashville, TN  37203

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH THROCKMORTON**                        DEC 21 2007

CLERK

(By) DEPUTY CLERK                      DATE

**RETURN COPY**

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | January 4, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jessica Myers | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by certified mail, return receipt requested, upon said defendant, name and address as shown on reverse side thereof. Return receipt card is attached hereto.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/11/08
             Date

Signature of Server

Legal Aid Society
300 Deaderick Street
Nashville, TN 37201
*Address of Server*

(1) As to who may serve a summons see Rule 4 of t[he Federal Rules of Civil Procedure]

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Citi Residential Lending, Inc.
   c/o Corporation Service Company
   2908 Poston Avenue
   Nashville, TN 37203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

JAN 04 2008

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)      7005 1820 0005 0891 0846

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540