**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE**

|  |  |  |
|---|---|---|
| **MARK DICKERSON,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Docket No. 3:07-1272** |
| | ) | |
| **AMERIQUEST MORTGAGE,** | ) | **Jury Demand** |
| **COMPANY and CITI RESIDENTIAL** | ) | |
| **LENDING** | ) | |
| | ) | |
|     **Defendants.** | ) | |

_____

**AGREED MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE**
_____

Come the parties in this action and hereby request that the Court reset the Initial Case Management Conference originally scheduled in this cause for January 29, 2008. The new date and time for the Initial Case Management Conference is February 19, 2008, at 2:00pm. As grounds for this Motion, parties would show as follows:

1. The Plaintiff, by and through counsel, filed this proceeding on December 21, 2007.

2. An Initial Case Management Conference in this cause was scheduled by the Court for January 29, 2008.

3. Defendants were served with the Complaint and Summons on January 4, 2008.

4. Counsel for the parties agreed that Defendants would have until February 7, 2008, to file a response in this cause and that parties would motion the Court to reset the Initial Case Management Conference to a date after the responses are due.

5. On January 23, 2008, Plaintiff's counsel contacted the Courtroom Deputy for Magistrate Judge Griffin to reset the Initial Case Management Conference for February 19, 2008, at 2:00pm.

Accordingly, the parties respectfully move that the Court reset the Initial Case Management Conference to February 19, 2008, at 2:00pm.

Respectfully submitted,

LEGAL AID SOCIETY OF MIDDLE
TENNESSEE AND THE CUMBERLANDS

 /s/ Jessica Myers_____
Jessica Myers BPR #25595
David J. Tarpley, BPR #4059
300 Deaderick Street
Nashville, TN 37201
jmyers@las.org
Phone: 615-780-7138
Facsimile: 615-244-4920

Counsel for *MARK DICKERSON*


 /s/ David W. Houston IV_____
David W. Houston, BPR #20802
Burr Forman, LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203
dhouston@burr.com
(615) 724-3215

Counsel for *AMERIQUEST MORTGAGE COMPANY* and *CITI RESIDENTIAL LENDING*

CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing Agreed Motion has been forwarded by first class mail, postage prepaid to David W. Houston, attorney for Ameriquest Mortgage Company and Citi Residential Lending, 700 Two American Center, 3102 West End Avenue, Nashville, Tennessee, 37203.

This 24th day of January, 2008.

                                                        /s/ Jessica Myers
                                                        Jessica Myers