**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL DIVISION**

| | | |
|---|---|---|
| **MARK DICKERSON,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| **vs.** | ) | **CASE NO. 3-07-1272** |
| | ) | |
| **AMERIQUEST MORTGAGE COMPANY,** | ) | **JUDGE WISEMAN** |
|  **and CITI RESIDENTIAL LENDING** | ) | |
| | ) | |
|     **Defendants.** | | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned, David W. Houston, IV, of the law firm of Burr & Forman LLP, and hereby gives notice of his appearance as counsel of record for the Defendants Ameriquest Mortgage Company and Citi Residential Lending in the above-captioned case. Counsel requests that copies of all notices, pleadings and other papers in this case be served upon him as counsel for the Defendants.

Dated this the _24th_ day of January, 2008.

Respectfully submitted,

/s/ David W. Houston, IV
David W. Houston, IV (BPR # 20802)
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203
Telephone:  (615) 724-3215
Facsimile:  (615) 724-3290
Email: dhouston@burr.com

Counsel for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 24th, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

> Jessica Myers, BPR #022595
> David J. Tarpley, BPR #4059
> Legal Aid Society of Middle
>   Tennessee and the Cumberlands
> 300 Deaderick Street
> Nashville, TN 37201
> (615)780-7138
> (Attorneys for Plaintiff)

> /s/ David W. Houston, IV
> David W. Houston, IV
> 102 West End Avenue, Suite 700
> Nashville, Tennessee 37203
> Telephone:  (615) 724-3215
> Email: dhouston@burr.com