**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL DIVISION**

| | | |
|---|---|---|
| **MARK DICKERSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **CASE NO. 3-07-1272** |
| | ) | |
| **AMERIQUEST MORTGAGE COMPANY,** | ) | **JUDGE WISEMAN** |
| and **CITI RESIDENTIAL LENDING** | ) | |
| | ) | |
| Defendants. | | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMERIQUEST MORTGAGE COMPANY**

The undersigned counsel of record for the defendant Ameriquest Mortgage Company hereby certifies that Ameriquest Mortgage Company is a wholly owned subsidiary of ACC Capital Holdings Corporation which is a wholly owned subsidiary of SBP Capital Corporation. No publicly held company owns more than 10% of the stock of Ameriquest Mortgage Company.

Dated this the  25th  day of January, 2008.

                Respectfully submitted,

                /s/ David W. Houston, IV
                David W. Houston, IV (BPR# 20802)
                BURR & FORMAN LLP
                3102 West End Avenue, Suite 700
                Nashville, TN 37203
                Telephone:  (615) 724-3200
                Facsimile:   (615) 724-3290
                Email:  DHouston@Burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on January  25th, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

>Jessica Myers, BPR #022595
>David J. Tarpley, BPR #4059
>Legal Aid Society of Middle
>  Tennessee and the Cumberlands
>300 Deaderick Street
>Nashville, TN 37201
>(615)780-7138
>(Attorneys for Plaintiff)

>/s/ David W. Houston, IV
>David W. Houston, IV
>102 West End Avenue, Suite 700
>Nashville, Tennessee 37203
>Telephone:  (615) 724-3215
>Email: dhouston@burr.com

2