**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL DIVISION**

| | | |
|---|---|---|
| **MARK DICKERSON,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| **vs.** | ) | **CASE NO. 3-07-1272** |
| | ) | |
| **AMERIQUEST MORTGAGE COMPANY,** | ) | **JUDGE WISEMAN** |
|  **and CITI RESIDENTIAL LENDING, INC.** | ) | |
| | ) | |
|    **Defendants.** | | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITI
RESIDENTIAL LENDING, INC.**

The undersigned counsel of record for the Defendant Citi Residential Lending, Inc., hereby certifies that Citi Residential Lending, Inc. is a wholly owned subsidiary of Citibank, N.A.  Citibank, N.A. is the 100% shareholder of Citi Residential Lending, Inc.

Dated this the  25th  day of January, 2008.

                                              Respectfully submitted,

                                          /s/ David W. Houston, IV
                                          David W. Houston, IV (BPR# 20802)
                                          Burr & Forman LLP
                                          3102 West End Avenue, Suite 700
                                          Nashville, TN 37203
                                          Telephone:  (615) 724-3200
                                          Facsimile:   (615) 724-3290
                                          Email:  DHouston@Burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January  25th, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

>Jessica Myers, BPR #022595
>David J. Tarpley, BPR #4059
>Legal Aid Society of Middle
>   Tennessee and the Cumberlands
>300 Deaderick Street
>Nashville, TN 37201
>(615)780-7138
>(Attorneys for Plaintiff)

>/s/ David W. Houston, IV
>David W. Houston, IV
>102 West End Avenue, Suite 700
>Nashville, Tennessee 37203
>Telephone:  (615) 724-3215
>Email: dhouston@burr.com

2