IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK DICKERSON ) | |
| ) | |
| v. ) | NO. 3:07-1272 |
| ) | |
| AMERIQUEST MORTGAGE COMPANY ) | |
| and CITI RESIDENTIAL LENDING ) | |

O R D E R

The parties' agreed motion to reset initial case management conference (Docket Entry No. 6) is GRANTED.

The initial case management conference is RESCHEDULED from January 29, 2008, to **Tuesday, February 19, 2008, at 2:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). Counsel shall e-file the proposed order prior to the initial case management conference.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge