# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| **MARK DICKERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CASE NO. 3-07-1272** |
| | ) | |
| **AMERIQUEST MORTGAGE COMPANY,** | ) | **JUDGE WISEMAN** |
| **and CITI RESIDENTIAL LENDING** | ) | |
| | ) | |
| **Defendants.** | | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, Katherine Knight Layhew, of the law firm of Burr & Forman LLP, and hereby gives notice of her appearance as counsel of record for the Defendants Ameriquest Mortgage Company and Citi Residential Lending in the above-captioned case. Counsel requests that copies of all notices, pleadings and other papers in this case be served upon her as counsel for the Defendants.

Dated this the  7th  day of February, 2008.

Respectfully submitted,

/s/ Katherine K. Layhew
David W. Houston, IV (BPR # 20802)
Katherine Knight Layhew (BPR # 22274)
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203
Telephone:  (615) 724-3215
Facsimile:  (615) 724-3290
Email: dhouston@burr.com
        klayhew@burr.com

Counsel for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February <u>7th</u>, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Jessica Myers, BPR #022595
David J. Tarpley, BPR #4059
Legal Aid Society of Middle
  Tennessee and the Cumberlands
300 Deaderick Street
Nashville, TN 37201
(615)780-7138
(Attorneys for Plaintiff)


/s/ Katherine K. Layhew
Katherine Knight Layhew (BPR # 22274)