IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MARK DICKERSON,            ) | |
| )                           | |
| Plaintiff,              )   | |
| )                           | |
| v.                         ) | CASE NO. 3-07-1272 |
| )                           | |
| AMERIQUEST MORTGAGE COMPANY, ) | JUDGE WISEMAN |
| and CITI RESIDENTIAL LENDING ) | |
| )                           | |
| Defendants.             )   | |

## DEFENDANTS' MOTION FOR STAY OF ALL PROCEEDINGS

Defendants Ameriquest Mortgage Company and Citi Residential Lending ("Defendants") hereby move to stay the lawsuit initiated by Plaintiff Mark Dickerson on December 21, 2007, pending resolution of the transfer of this matter to Multidistrict Litigation No. 1715.

As grounds for this Motion, Defendants aver that they will be identifying this lawsuit to the Judicial Panel on Multidistrict Litigation as a "tag-along" or related matter to MDL 1715. A stay, therefore, is warranted to preserve judicial resources and to avoid any prejudice to Defendants.

In further support of this Motion, Defendants rely on the Pleadings filed herein and their Memorandum of Law in Support of Defendants' Motion for Stay of All Proceedings filed contemporaneously herewith. Defendants respectfully request that the Court grant this Motion and issue a temporary stay pending the MDL Panel's decision to transfer this lawsuit to MDL 1715.

This the 7th day of February, 2008.

10412 v1

/s/ Katherine K. Layhew
David W. Houston, IV (BPR # 20802)
Katherine Knight Layhew (BPR # 22274)
**BURR & FORMAN LLP**
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203
Telephone:  (615) 724-3219
Facsimile: (615) 724-3319
E-mail:  klayhew@burr.com
         dhouston@burr.com

*Attorneys for Defendants*

10412 v1                                    2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 7th, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

> Jessica Myers, BPR #022595
> David J. Tarpley, BPR #4059
> Legal Aid Society of Middle
>   Tennessee and the Cumberlands
> 300 Deaderick Street
> Nashville, TN 37201
> (615)780-7138
> (Attorneys for Plaintiff)

        /s/ Katherine K. Layhew
        Katherine Knight Layhew (BPR # 22274)

10412 v1