**GRANTED, and all proceedings are stayed pending the Multidistrict Litigation Panel ruling on the motion to accept this case as a "tag-along" or related matter to MDL 1715.**

*Thomas A. Wiseman Jr*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| **MARK DICKERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 3-07-1272** |
| | ) | |
| **AMERIQUEST MORTGAGE COMPANY,** | ) | **JUDGE WISEMAN** |
| **and CITI RESIDENTIAL LENDING** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' MOTION FOR STAY OF ALL PROCEEDINGS

Defendants Ameriquest Mortgage Company and Citi Residential Lending ("Defendants") hereby move to stay the lawsuit initiated by Plaintiff Mark Dickerson on December 21, 2007, pending resolution of the transfer of this matter to Multidistrict Litigation No. 1715.

As grounds for this Motion, Defendants aver that they will be identifying this lawsuit to the Judicial Panel on Multidistrict Litigation as a "tag-along" or related matter to MDL 1715. A stay, therefore, is warranted to preserve judicial resources and to avoid any prejudice to Defendants.

In further support of this Motion, Defendants rely on the Pleadings filed herein and their Memorandum of Law in Support of Defendants' Motion for Stay of All Proceedings filed contemporaneously herewith. Defendants respectfully request that the Court grant this Motion and issue a temporary stay pending the MDL Panel's decision to transfer this lawsuit to MDL 1715.

This the 7th day of February, 2008.

10412 v1