IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK DICKERSON ) | |
| ) | No. 3-07-1272 |
| v. ) | |
| ) | |
| AMERIQUEST MORTGAGE ) | |
| COMPANY; and CITI RESIDENTIAL ) | |
| LENDING ) | |

O R D E R

By order entered February 8, 2008 (Docket Entry No. 14), the defendants' motion for stay was granted. As a result, the initial case management conference, rescheduled by order entered January 25, 2008 (Docket Entry No. 10), to February 19, 2008, is CANCELLED.[1]

In their motion for stay, the defendants did not indicate when they expected to notify the MDL Panel of this potential tag along action nor did they indicate whether or not the plaintiffs would oppose transfer.

Therefore, by March 17, 2008, the parties shall file a joint status report, indicating when the MDL Panel was notified of this case, when the parties anticipate the issuance of a conditional transfer order, and whether the plaintiffs will oppose entry of a final order of transfer.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] The Court notes that in the parties' agreed motion to reset the initial case management conference (Docket Entry No. 6), there was no mention of potential transfer to the Northern District of Illinois.