IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MARK DICKERSON, <br>     Plaintiff, <br><br> v. <br><br> AMERIQUEST MORTGAGE , <br> COMPANY and CITI RESIDENTIAL <br> LENDING <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Docket No. 3:07-1272 <br><br> Judge Wiseman <br><br> Jury Demand |

---

### JOINT STATUS REPORT
---

Come the parties in this action and state that the MDL Panel was notified of this case via correspondence from California counsel for Ameriquest Mortgage Company dated January 22, 2008.  The MDL Panel determined on February 4, 2008, that it would take no action regarding this case, however counsel for Plaintiff was only notified of the MDL Panel's decision last week.


Respectfully submitted,

LEGAL AID SOCIETY OF MIDDLE
TENNESSEE AND THE CUMBERLANDS

 /s/ Jessica Myers_____ _____
Jessica Myers BPR #25595
David J. Tarpley, BPR #4059
300 Deaderick Street
Nashville, TN 37201
jmyers@las.org
Phone: 615-780-7138
Facsimile: 615-244-4920

Counsel for *MARK DICKERSON*

        /s/ Katherine Knight Layhew_____
David W. Houston, BPR #20802
Katherine Knight Layhew, BPR #22274
Burr Forman, LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203
dhouston@burr.com
(615) 724-3215

Counsel for *AMERIQUEST MORTGAGE COMPANY* and *CITI RESIDENTIAL LENDING*

### CERTIFICATE OF SERVICE

I do hereby certify that on March 17, 2008, I electronically filed the foregoing Joint Status Report with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

David W. Houston, BPR #20802
Katherine Knight Layhew, BPR #22274
Burr & Forman LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203

Counsel for *AMERIQUEST MORTGAGE COMPANY*
and *CITI RESIDENTIAL LENDING*

        /s/ Jessica Myers_____
Jessica Myers

2