## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| **MARK DICKERSON,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Docket No. 3:07-1272** |
| | ) | |
| **AMERIQUEST MORTGAGE ,** | ) | **Judge Wiseman** |
| **COMPANY and CITI RESIDENTIAL** | ) | |
| **LENDING** | ) | **Jury Demand** |
| | ) | |
| **Defendants.** | ) | |

___

### PLAINTIFF'S MOTION TO LIFT STAY
___

Plaintiff, Mark Dickerson, by and through counsel, hereby moves to lift the stay in this case ordered by the Court on February 8, 2008.

As grounds for this Motion, Plaintiff states as follows:

1. Defendants Ameriquest Mortgage Company and Citi Residential Lending ("Defendants") were granted a stay in this action pending a decision by the Multidistrisct Litigation Panel on whether or not that Panel would transfer this matter to Multidistrict Litigation No. 1715.

2. On February 4, 2008, the MDL Panel determined that it would take no action in this case.

Plaintiff respectfully requests that the Court lift the stay in this matter.

        /s/ Jessica Myers_____ _____
Jessica Myers BPR #25595
David J. Tarpley, BPR #4059\
Legal Aid Society of Middle
      Tennessee & the Cumberlands
300 Deaderick Street
Nashville, TN 37201
jmyers@las.org
Phone: 615-780-7138
Facsimile: 615-244-4920

Counsel for *MARK DICKERSON*

## CERTIFICATE OF SERVICE

I do hereby certify that on March 17, 2008, I electronically filed the foregoing Motion and Request with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

David W. Houston, BPR #20802
Katherine Knight Layhew, BPR #22274
Burr & Forman LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203

Counsel for *AMERIQUEST MORTGAGE COMPANY*
and *CITI RESIDENTIAL LENDING*

    /s/ Jessica Myers_____
Jessica Myers