IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK DICKERSON ) | |
| ) | |
| v. ) | NO. 3:07-1272 |
| ) | |
| AMERIQUEST MORTGAGE COMPANY; ) | |
| and CITI RESIDENTIAL LENDING ) | |

O R D E R

The plaintiff's motion to lift stay (Docket Entry No. 17) is GRANTED.

The stay of proceedings, provided by order entered February 28, 2008 (Docket Entry No. 14), is hereby LIFTED.

The initial case management conference is rescheduled on **Wednesday, April 2, 2008, at 1:00 p.m.**, in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

As provided in the order entered January 25, 2008 (Docket Entry No. 10), the stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007.

Counsel shall e-file the proposed order prior to the initial case management conference.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge