## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **MARK DICKERSON,** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Docket No. 3:07-1272** |
| ) | |
| **AMERIQUEST MORTGAGE,** ) | **Judge Wiseman** |
| **COMPANY and CITI RESIDENTIAL** ) | |
| **LENDING** ) | **Jury Demand** |
| ) | |
| **Defendants.** ) | |

___

### MOTION FOR CHANGE IN CASE MANAGEMENT SCHEDULE
___

Plaintiff, Mark Dickerson, by and through counsel, hereby moves this Court to reschedule the date for the initial case management conference.

As grounds for this Motion, Plaintiff states as follows:

1. By order entered March 19, 2008, the Court scheduled the initial case management conference for Wednesday, April 2, 2008, at 1:00pm.

2. Plaintiff's counsel has depositions in another matter scheduled for April 2nd and 3rd, 2008.

Accordingly, Plaintiff respectfully moves the Court to reschedule the date for the initial case management conference.

      /s/ Jessica Myers_____ _____
Jessica Myers BPR #25595
David J. Tarpley, BPR #4059\
Legal Aid Society of Middle
     Tennessee & the Cumberlands
300 Deaderick Street
Nashville, TN 37201
jmyers@las.org
Phone: 615-780-7138
Facsimile: 615-244-4920

Counsel for *MARK DICKERSON*

## CERTIFICATE OF SERVICE

I do hereby certify that on March 20, 2008, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

David W. Houston, BPR #20802
Katherine Knight Layhew, BPR #22274
Burr & Forman LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203

Counsel for *AMERIQUEST MORTGAGE COMPANY*
and *CITI RESIDENTIAL LENDING*

      /s/ Jessica Myers_____
Jessica Myers

2