**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **MARK DICKERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 3-07-1272** |
| | ) | **JUDGE WISEMAN** |
| **AMERIQUEST MORTGAGE COMPANY, and CITI RESIDENTIAL LENDING,** | ) | **MAGISTRATE JUDGE GRIFFIN** |
| | ) | |
| **Defendants.** | ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff Mark Dickerson and Defendants Ameriquest Mortgage Company and Citi Residential Lending jointly move the Court to enter the attached Agreed Order, allowing Defendants up to and including April 18, 2008 to answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, the parties state to the Court:

1. That the stay that was in place in this matter was lifted on March 19, 2008;

2. That, while the MDL Panel was considering whether or not to transfer this action to the Northern District of Illinois, and while the stay was in place, counsel for Defendants were unable to begin investigating the merits of the Complaint [Docket Entry No. 18];

3. That Plaintiff consents to allow Defendants up to and including April 18, 2008 to answer or otherwise respond to the Complaint; and

4. That an Agreed Order is attached hereto.

WHEREFORE, the parties respectfully request that the Court enter the Agreed Order granting Defendants an extension of time up to and including April 18, 2008 to Answer or otherwise respond to the Complaint.

Respectfully submitted this the 20th day of March, 2008.

/s/ Jessica Myers
w/ permission by Katherine K. Layhew
Jessica Myers, BPR #022595
David J. Tarpley, BPR #4059
Legal Aid Society of Middle
Tennessee and the Cumberlands
300 Deaderick Street
Nashville, TN 37201
(615)780-7138
E-mail: jmyers@las.org
*Attorneys for Plaintiff*

/s/ Katherine K. Layhew
David W. Houston, IV (BPR # 20802)
Katherine Knight Layhew (BPR # 22274)
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 724-3219
Facsimile: (615) 724-3319
E-mail: klayhew@burr.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20th, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Jessica Myers, BPR #022595
David J. Tarpley, BPR #4059
Legal Aid Society of Middle
Tennessee and the Cumberlands
300 Deaderick Street
Nashville, TN 37201
(615)780-7138
(Attorneys for Plaintiff)

/s/ Katherine K. Layhew
Katherine Knight Layhew (BPR # 22274)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **MARK DICKERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 3-07-1272** |
| | ) | **JUDGE WISEMAN** |
| **AMERIQUEST MORTGAGE COMPANY,** | ) | **MAGISTRATE JUDGE GRIFFIN** |
| **and CITI RESIDENTIAL LENDING,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AGREED ORDER**

Upon agreement of the Plaintiff and Defendants, and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that Defendants shall have up to and including April 18, 2008 to answer or otherwise respond to Plaintiff's Complaint.

ENTERED this the _______ day of ___________, 2008.

______________________________________

Approved for Entry:

/s/ Jessica Myers
w/ permission by Katherine K. Layhew

Jessica Myers (TN Bar #022595)
David J. Tarpley (TN Bar #4059)
Legal Aid Society of Middle
Tennessee and the Cumberlands
300 Deaderick Street
Nashville, TN 37201
(615)780-7138
jmyers@las.org
*Attorneys for Plaintiff*

s/Katherine K. Layhew

David W. Houston, IV (TN Bar # 20802)
Katherine Knight Layhew (TN Bar # 022274)
Burr & Forman LLP
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
Telephone: (615) 724-3200
Facsimile: (615) 724-3290
dhouston@burr.com
klayhew@burr.com

*Attorneys for Defendants*