IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK DICKERSON ) | |
| ) | No. 3-07-1272 |
| v. ) | |
| ) | |
| AMERIQUEST MORTGAGE ) | |
| COMPANY; and CITI RESIDENTIAL ) | |
| LENDING ) | |

O R D E R

The parties' joint motion for extension of time (Docket Entry No. 20) is GRANTED.

The defendants shall have until April 18, 2008, to file a response to the plaintiff's complaint.

The plaintiff's motion for change in case management schedule (Docket Entry No. 19) is also GRANTED.

The initial case management conference, rescheduled by order entered March 19, 2008 (Docket Entry No. 18), on April 2, 2008, is RESCHEDULED to **Thursday, April 10, 2008, at 2:00 p.m.,**[1] in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

In all other respects, the March 19, 2008, order remains in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] If this rescheduled date presents scheduling conflicts for counsel, they shall confer with each other and call Ms. Jeanne Cox, Courtroom Deputy, at 736-5164, to reschedule the initial case management conference to a mutually agreeable date.