IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **MARK DICKERSON,** )<br>Plaintiff, ) | | |
| ) | | |
| v. ) | Docket No. 3:07-1272 | |
| ) | | |
| **AMERIQUEST MORTGAGE ,** )<br>**COMPANY and CITI RESIDENTIAL** )<br>**LENDING** ) | Jury Demand | |
| ) | | |
| **Defendants.** ) | | |

**JOINT MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE**

Come the parties in this action and hereby request that the Court reset the Initial Case Management Conference scheduled in this cause for April 10, 2008 to April 23, 2008, at 10:00 a.m. As grounds for this Motion, parties would show as follows:

1. The Plaintiff, by and through counsel, filed this proceeding on December 21, 2007.

2. An Initial Case Management Conference in this cause was scheduled by the Court for January 29, 2008.

3. Defendants were served with the Complaint and Summons on January 4, 2008.

4. On February 8, 2008, the Court entered an Order staying all proceedings in this matter pending the Multi-District Litigation Panel's ruling on the motions to accept this case as a "tag along" or related matter to MD L1715. On March 17, 2008 a Joint Status Report was filed in this matter informing the court that the

        MDL Panel had decided not to accept this case as a tag along or related matter to MDL 1715.

5.    On March 21, 2008 the Court entered an Order scheduling the Case Management Conference for April 10, 2008 at 2:00 p.m. and extending the Defendants' deadline to respond to the Complaint until April 18, 2008.

6.    The parties have conferred regarding a discovery schedule in this case but agree that the Case Management Conference should be reset to a date after the Defendants have responded to the Complaint.

7.    On April 9, 2008, Defendants' counsel contacted the Courtroom Deputy for Magistrate Judge Griffin to reset the Initial Case Management Conference to April 23, 2008, at 10:00 a.m.

Accordingly, the parties respectfully move that the Court reset the Initial Case Management Conference to April 23, 2008, at 10:00 a.m.

        Respectfully submitted,

        LEGAL AID SOCIETY OF MIDDLE
        TENNESSEE AND THE CUMBERLANDS

        /s/ Jessica Myers
        w/ permission by Katherine Layhew
        Jessica Myers, BPR #025595
        David J. Tarpley, BPR #4059
        300 Deaderick Street
        Nashville, TN 37201
        jmyers@las.org
        Phone: 615-780-7138
        Facsimile: 615-244-4920

        Counsel for *MARK DICKERSON*

        /s/ Katherine K. Layhew
        David W. Houston, BPR #020802
        Katherine Knight Layhew, BPR #022274

Burr Forman, LLP
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
dhouston@burr.com
klayhew@burr.com
Phone: (615) 724-3215
Facsimile: (615) 724-3315

Counsel for *AMERIQUEST MORTGAGE COMPANY* and *CITI RESIDENTIAL LENDING*

CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing Agreed Motion has been forwarded by first class mail, postage prepaid to Jessica Myers, attorney for Plaintiff, Legal Aid Society of Middle Tennessee, 300 Deaderick St., Nashville, TN, 37201, this 10th day of April, 2008.

/s/ Katherine K. Layhew
Katherine K. Layhew

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

|  |  |
|---|---|
| MARK DICKERSON,<br>      Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE ,<br>COMPANY and CITI RESIDENTIAL<br>LENDING<br><br>      Defendants. | )<br>)<br>)<br>)<br>)      Docket No. 3:07-1272<br>)<br>)      Jury Demand<br>)<br>)<br>)<br>)<br>) |

**ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE**

      Upon agreement of the Plaintiff and Defendants, and for good cause shown, it is hereby ORDERED that the Initial Case Management Conference in this case is rescheduled to April 23, 2008 at 10:00 a.m.

      ENTERED this the _____ day of _____, 2008.

                                                                                              _____

- 2 -

Approved for Entry:

/s/ Jessica Myers
w/ permission by Katherine K. Layhew
Jessica Myers (TN Bar #022595)
David J. Tarpley (TN Bar #4059)
Legal Aid Society of Middle
Tennessee and the Cumberlands
300 Deaderick Street
Nashville, TN 37201
(615)780-7138
jmyers@las.org
*Attorneys for Plaintiff*


s/Katherine K. Layhew
David W. Houston, IV (TN Bar # 20802)
Katherine Knight Layhew (TN Bar # 022274)
Burr & Forman LLP
700 Two American Center
3102 West End Avenue
Nashville, TN  37203
Telephone:  (615) 724-3200
Facsimile:  (615) 724-3290
dhouston@burr.com
klayhew@burr.com

*Attorneys for Defendants*