IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARK DICKERSON | ) | |
| | ) | |
| v. | ) | NO. 3:07-1272 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY; | ) | |
| and CITI RESIDENTIAL LENDING | ) | |

O R D E R

The parties' joint motion to reset initial case management conference (Docket Entry No. 22) is GRANTED.

The initial case management conference, rescheduled by order entered March 21, 2008 (Docket Entry No. 21), upon plaintiff's motion, to April 10, 2008, is again RESCHEDULED to **Wednesday, April 23, 2008, at 10:00 a.m.**, in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

In all other espects, the order entered March 19, 2008 (Docket Entry No. 18) remains in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge