IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK DICKERSON ) | |
| ) | No. 3-07-1272 |
| v. ) | |
| ) | |
| AMERIQUEST MORTGAGE ) | |
| COMPANY; and CITI RESIDENTIAL ) | |
| LENDING ) | |

O R D E R

At the initial case management conference held on April 23, 2008, defendants' counsel agreed that a portion of their argument in their pending motion to dismiss is not properly subject to Rule 12(b) dismissal. Therefore, the defendants agreed that their pending motion to dismiss should be and is hereby WITHDRAWN without prejudice to refiling.

As a result, the Clerk is directed to terminate the defendants' motion to dismiss (Docket Entry No. 24) as pending.

The defendants shall have until April 24, 2008, to file another motion to dismiss and accompanying memorandum with Exhibit A (TILA right to cancel).

The plaintiff shall have until May 15, 2008, to file a response to the motion. The defendants shall have one (1) week after the filing of the response or until May 22, 2008, if the response is filed on May 15, 2008, to file a reply, if necessary.

No other filings in support of or in opposition to the defendants' motion to dismiss shall be made except with the express permission of the Honorable Thomas A. Wiseman, Jr.

The initial case management order will be entered separately.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge