IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **MARK DICKERSON,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3-07-1272 |
| **AMERIQUEST MORTGAGE COMPANY and CITI RESIDENTIAL LENDING,** | ) JUDGE WISEMAN |
| Defendants. | ) |

### DEFENDANTS' MOTION TO DISMISS

**COME NOW** the defendants, Ameriquest Mortgage Company and Citi Residential Lending, Inc., by and through their undersigned counsel, and, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, hereby move this Honorable Court to dismiss the Complaint filed by Plaintiff. Defendants' brief is being filed simultaneously with this motion.

Respectfully submitted,

/s/ Katherine K. Layhew
David W. Houston, IV (BPR# 20802)
Katherine Knight Layhew (BPR# 22274)
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 724-3219
Facsimile: (615) 724-3319
E-mail: klayhew@burr.com
dhouston@burr.com

*Counsel for Defendants*
*Ameriquest Mortgage Company and*
*Citi Residential Lending, Inc.*

1659279 v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Jessica Myers, BPR# 022595
David J. Tarpley, BPR# 4059
Legal Aid Society of Middle Tennessee and the Cumberlands
300 Deaderick Street
Nashville, TN  37201
(615) 780-7138
(Attorneys for Plaintiff)

                                              /s/ Katherine K. Layhew
                                              Katherine Knight Layhew (BPR# 22274)