IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK DICKERSON ) | |
| ) | No. 3-07-1272 |
| v. ) | |
| ) | |
| AMERIQUEST MORTGAGE ) | |
| COMPANY; and CITI RESIDENTIAL ) | |
| LENDING ) | |

O R D E R

By contemporaneously entered order, the Court has approved and entered the parties' proposed case management order, with modifications addressed at the initial case management conference held on April 23, 2008. Those modifications and other matters addressed on April 23, 2008, are as follows:

1. Written discovery, including request for admissions, shall be served in sufficient time so that responses will be in hand by October 15, 2008.

2. The plaintiff shall serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure by October 1, 2008.

3. The defendants shall serve any Rule 26(a)(2) expert disclosures by November 3, 2008.

4. All fact discovery shall be completed by November 14, 2008.

5. All discovery motions related to fact discovery shall be filed by November 17, 2008.

6. Any motion to amend shall be filed by November 17, 2008.

7. Counsel for the parties advised that it was unlikely that there would be any discovery of electronically stored information. Therefore, the parties are exempted from coverage under Administrative Order No. 174, entered July 9, 2007.

8. All expert discovery shall be completed by December 15, 2008.

9. Any dispositive motion shall be filed by January 2, 2009. Any response shall be filed within 21 days of the filing of the motion or by January 23, 2009, if the motion is filed on January 2,

2009. Any reply, if necessary, shall be filed within two (2) weeks of the filing of the response or by February 6, 2009, if the response is filed on January 23, 2009.

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Thomas A. Wiseman, Jr.

There shall be no stay of discovery before the November 14, 2008, deadline for completion of fact discovery and the December 15, 2008, deadline for completion of expert discovery even if a dispositive motion is filed prior thereto.

10. Within five (5) days of the ruling on the defendants' pending motion to dismiss, counsel for the parties shall schedule a telephone conference call with the Magistrate Judge to address the potential for settlement, propriety of ADR, and any other appropriate matters.

In consultation with Judge Wiseman's office, a jury trial is scheduled to begin on **May 5, 2009, at 10:00 a.m.,** in Courtroom 783, U.S. Courthouse, 801 Broadway, Nashville, TN. The parties estimate that the trial will last two (2) days.

A pretrial conference is also scheduled before Judge Wiseman on **Friday, April 24, 2009, at 1:00 p.m.,** in Chambers, 777 U.S. Courthouse.

The parties' obligations prior to the pretrial conference will be set forth by separately entered order.

On April 24, 2008, the defendants filed a motion to dismiss (Docket Entry No. 27). As provided in the order entered April 23, 2008 (Docket Entry No. 26), the plaintiff shall have until May 15, 2008, to file a response to the motion. Any reply, if necessary, shall be filed within one (1) week of the filing of the response or by May 22, 2008, if the response is filed on May 15, 2008.

No other filings in support of or in opposition to the defendants' pending motion to dismiss shall be made except with Judge Wiseman's express permission.

The Clerk is directed to forward the file in this case to Judge Wiseman for his consideration of the defendant's pending motion to dismiss and accompanying memorandum (Docket Entry

Nos. 26-27), the plaintiff's response to be filed by May 15, 2008, and any reply, if necessary, to be filed no later than May 22, 2008.

    It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge