IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK DICKERSON ) | |
| ) | No. 3-07-1272 |
| v. ) | |
| ) | |
| AMERIQUEST MORTGAGE ) | |
| COMPANY; and CITI RESIDENTIAL ) | |
| LENDING ) | |

O R D E R

On June 6, 2008, the Clerk received a certified copy of the final transfer order of the Judicial Panel on Multidistrict Litigation transferring this case to the Northern District of Illinois (Docket Entry No. 36).

As a result, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

*Juliet Griffin*
JULIET GRIFFIN
United States Magistrate Judge