# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| MARK DICKERSON, | ) |
|    Plaintiff, | ) |
| | ) Civil Case No. 3:07-1272 |
| | ) Judge Wiseman |
| AMERIQUEST MORTGAGE COMPANY, et al, | ) (NDIL No. 08CV3252) |
|    Defendants. | ) |

## **O R D E R**

Pursuant to the order of the Judicial Panel on Multidistrict Litigation, Docket No. 1715, this case is hereby transferred to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and transmit the record to the United States District Court for the Northern District of Illinois.

It is so **ORDERED.**

*[signature]*

THOMAS A. WISEMAN, JR., Senior U.S. District Judge