# U.S. District Court
## Middle District of Tennessee (Nashville)
## CIVIL DOCKET FOR CASE #: 3:07–cv–01272

| | |
|---|---|
| Dickerson v. Ameriquest Mortgage Company et al | Date Filed: 12/21/2007 |
| Assigned to: Senior Judge Thomas Wiseman | Date Terminated: 06/09/2008 |
| Cause: 15:1640 Truth in Lending | Jury Demand: Plaintiff |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Mark Dickerson**　　represented by　**David J. Tarpley**
Legal Aid Society of Middle Tennessee
300 Deaderick Street
Nashville, TN 37201
(615) 244–6610
Email: dtarpley@las.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Myers**
Legal Aid Society of Middle Tennessee
300 Deaderick Street
Nashville, TN 37201
(615) 780–7138
Fax: (615) 244–4920
Email: jmyers@las.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**　　represented by　**David W. Houston, IV**
Burr &Forman, LLP
3102 West End Avenue
700 Two American Center
Nashville, TN 37203–1304
(615) 754–3200
Email: dhouston@burr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine B. Knight**
Burr &Forman, LLP
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
(615) 724–3200
Fax: (615) 3319
Email: klayhew@burr.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Citi Residential Lending** | represented by | **David W. Houston, IV** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Katherine B. Knight** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2007 | Ï 1 | COMPLAINT against Ameriquest Mortgage Company, Citi Residential Lending, filed by Mark Dickerson. (filing fee paid $350.00) Summons issued. (Attachment: # 1 Summons)(rm) (Entered: 12/21/2007) |
| 12/21/2007 | Ï 2 | NOTICE from USDC Clerk regarding Corporate Disclosure Statement requirement. (rm) (Entered: 12/21/2007) |
| 12/21/2007 | Ï 3 | NOTICE of Initial Case Management Conference set for Monday, 1/29/2008 at 9:00 AM in Courtroom 764 before Magistrate Judge Juliet E. Griffin. (rm) (Entered: 12/21/2007) |
| 01/11/2008 | Ï 4 | SUMMONS returned executed by Mark Dickerson. Ameriquest Mortgage Company served on 1/4/2008. (Myers, Jessica) (Entered: 01/11/2008) |
| 01/11/2008 | Ï 5 | SUMMONS returned executed by Mark Dickerson. Citi Residential Lending served on 1/4/2008. (Myers, Jessica) (Entered: 01/11/2008) |
| 01/24/2008 | Ï 6 | MOTION To Reset Initial Case Management Conference *Agreed Motion to Reset Initial Case Management Conference* by Mark Dickerson. (Myers, Jessica) (Entered: 01/24/2008) |
| 01/24/2008 | Ï 7 | NOTICE of Appearance by David W. Houston, IV on behalf of all defendants (Houston, David) (Entered: 01/24/2008) |
| 01/25/2008 | Ï 8 | CORPORATE DISCLOSURE STATEMENT filed by Ameriquest Mortgage Company. (Houston, David) (Entered: 01/25/2008) |
| 01/25/2008 | Ï 9 | CORPORATE DISCLOSURE STATEMENT filed by Citi Residential Lending. (Houston, David) (Entered: 01/25/2008) |
| 01/25/2008 | Ï 10 | ORDER Granting 6 Agreed MOTION To Reset Initial Case Management Conference Case Management Conference is re−set for 02/19/08 at 02:00 PM in Courtroom 764 before Magistrate Judge Juliet E. Griffin. Signed by Judge Juliet E. Griffin on 01/25/08. (ab) Modified text on 1/28/2008 (ab). (Entered: 01/25/2008) |
| 02/07/2008 | Ï 11 | NOTICE of Appearance by Katherine B. Knight on behalf of Ameriquest Mortgage Company, Citi Residential Lending (Knight, Katherine) (Entered: 02/07/2008) |
| 02/07/2008 | Ï 12 | MOTION to Stay *All Proceedings* by Ameriquest Mortgage Company, Citi Residential Lending. (Knight, Katherine) (Entered: 02/07/2008) |

| | | |
|---|---|---|
| 02/07/2008 | Ï 13 | MEMORANDUM in Support of 12 MOTION to Stay *All Proceedings* filed by Ameriquest Mortgage Company, Citi Residential Lending. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Knight, Katherine) (Entered: 02/07/2008) |
| 02/08/2008 | Ï 14 | ORDER Granting 12 MOTION to Stay. All proceedings are stayed pending the Multidistrict Litigation Panel ruling on the motions to accept this case as a 'tag−along" or related matter to MDL 1715. Signed by Judge Thomas Wiseman on 02/08/08. (ab) (Entered: 02/08/2008) |
| 02/11/2008 | Ï 15 | ORDER The initial case management conference set for 02/19/08 is CANCELLED. By 03/17/08, the parties shall file a joint status report indicating when the MDL Panel was notified of this case, when the parties anticipate the issuance of a conditional transfer order, and whether the Pltf's will oppose entry of a final order of transfer. Signed by Judge Juliet E. Griffin on 02/11/08. (ab) (Entered: 02/12/2008) |
| 03/17/2008 | Ï 16 | STATUS REPORT *Joint Status Report* by Mark Dickerson. (Myers, Jessica) (Entered: 03/17/2008) |
| 03/17/2008 | Ï 17 | MOTION To Lift Stay by Mark Dickerson. (Myers, Jessica) (Entered: 03/17/2008) |
| 03/19/2008 | Ï 18 | ORDER Granting 17 MOTION To Lift Stay. The stay of proceedings provided by 14 Order is hereby LIFTED. Initial Case Management Conference is reset for 4/2/2008 at 01:00 PM in Courtroom 764 before Magistrate Judge Juliet E. Griffin. As provided in 10 the stay of discovery is LIFTED. Signed by Judge Juliet E. Griffin on 03/19/08. (ab) (Entered: 03/19/2008) |
| 03/20/2008 | Ï 19 | MOTION Change in Case Management Schedule by Mark Dickerson. (Myers, Jessica) (Entered: 03/20/2008) |
| 03/20/2008 | Ï 20 | Joint MOTION for Extension of Time to File Answer by Mark Dickerson, Ameriquest Mortgage Company, Citi Residential Lending. (Attachments: # 1 Proposed Order)(Knight, Katherine) (Entered: 03/20/2008) |
| 03/21/2008 | Ï 21 | ORDER Granting 19 MOTION Change in Case Management Schedule; Case Management Conferenceis reset for 4/10/2008 at 02:00 PM in Courtroom 764 before Magistrate Judge Juliet E. Griffin; Granting 20 Joint MOTION for Extension of Time to File Answer, Defts have until 04/18/08 to file a response to the Pltf's complaint. In all other respects, the March 19, 2008, order remains in full force and effect. Signed by Judge Juliet E. Griffin on 03/21/08. (ab) (Entered: 03/21/2008) |
| 04/10/2008 | Ï 22 | Joint MOTION Reset Case Management Conference by Mark Dickerson, Ameriquest Mortgage Company, Citi Residential Lending. (Attachments: # 1 Proposed Order Resetting Case Management Conference)(Knight, Katherine) (Entered: 04/10/2008) |
| 04/10/2008 | Ï 23 | ORDER Granting 22 Joint MOTION to Reset Case Management Conference. Case Management Conference is reset for 4/23/2008 at 10:00 AM in Courtroom 764 before Magistrate Judge Juliet E. Griffin. In all other respects, 18 Order remains in full force and effect. Signed by Magistrate Judge Juliet E. Griffin on 04/10/08. (ab) (Entered: 04/10/2008) |
| 04/18/2008 | Ï 24 | MOTION to Dismiss by Ameriquest Mortgage Company, Citi Residential Lending. (Attachments: # 1 Memorandum in Support of Motion, # 2 Unreported Case)(Knight, Katherine) (Entered: 04/18/2008) |

| | | |
|---|---|---|
| 04/21/2008 | Ï | Note to Filer re DE# 24 : The Memorandum in Support should have been filed as a separate document. The correct event is located under Other Documents. This document does not need to re–filed unless otherwise directed by the Court. (ab) (Entered: 04/21/2008) |
| 04/23/2008 | Ï 25 | PROPOSED CASE MANAGEMENT ORDER filed by Mark Dickerson. (Myers, Jessica) (Entered: 04/23/2008) |
| 04/23/2008 | Ï 26 | ORDER At the initial case management conference, Deft's agreed that their pending Motion to Dimiss should be and is hereby WITHDRAWN without prejudice. The Clerk is directed to terminate Deft's 24 Motion to Dismiss as pending. The Defts shall have until 04/24/08 to file another motion to dismiss and accompanying memorandum. Pltf shall have until 05/15/08 to file a response; Deft's shall have until 05/22/08 to file a reply if neccessary. No other filings in support of or in opposition to the Deft's motion to dismiss shall be made except with the express permission of the Honorable Thomas A. Wiseman. Signed by Magistrate Judge Juliet E. Griffin on 04/23/08. (ab) (Entered: 04/23/2008) |
| 04/23/2008 | Ï | Minute Entry for proceedings held before Magistrate Judge Juliet E. Griffin: Initial Case Management Conference held on 4/23/2008; ORDER to enter. (Tape #G2008–062, 063.) (jwc) (Entered: 04/28/2008) |
| 04/24/2008 | Ï 27 | MOTION to Dismiss by Ameriquest Mortgage Company, Citi Residential Lending. (Knight, Katherine) (Entered: 04/24/2008) |
| 04/24/2008 | Ï 28 | MEMORANDUM in Support of 27 MOTION to Dismiss filed by Ameriquest Mortgage Company, Citi Residential Lending. (Attachments: # 1 Exhibit A – Notice of Right to Cancel, # 2 Unreported Case)(Knight, Katherine) (Entered: 04/24/2008) |
| 05/05/2008 | Ï 29 | CASE MANAGEMENT ORDER Discovery due by 11/14/2008; Dispositve Motions due by 1/2/2009; Final Pretrial Conference set for 4/24/2009 01:00 PM in Room 777 before Senior Judge Thomas Wiseman; Jury Trial set for 5/5/2009 10:00 AM in Courtroom 783 before Senior Judge Thomas Wiseman. Signed by Magistrate Judge Juliet E. Griffin on 05/05/08. (ab) Modified text on 5/5/2008 (ab). (Entered: 05/05/2008) |
| 05/05/2008 | Ï 30 | ORDER The Clerk is directed to forward the file in this case to Judge Wiseman for his consideration of the Deft's 26 Motion to Dismiss, the Pltf's response to be filed by 05/15/08 and any reply, if neccessary, to filed no later than 05/22/08. Signed by Magistrate Judge Juliet E. Griffin on 05/05/08. (ab) (Entered: 05/05/2008) |
| 05/06/2008 | Ï 31 | ORDER The Jury trial in this matter is set for 05/05/09 at 10:00 and the Pretrial conference is set for 04/24/09 at 1:00 pm. Counsel for the parties shall file a Pretrial Order by 4/22/2009, see order for complete details for the pretrial order. Signed by Senior Judge Thomas Wiseman on 05/06/08. (ab) (Entered: 05/06/2008) |
| 05/15/2008 | Ï 32 | RESPONSE in Opposition re 27 MOTION to Dismiss filed by Mark Dickerson. (Myers, Jessica) (Entered: 05/15/2008) |
| 05/15/2008 | Ï 33 | MEMORANDUM in Support of 32 Response in Opposition to Motion filed by Mark Dickerson. (Attachments: # 1 Exhibit 1 – Notice of Right to Cancel, # 2 Exhibit 2 – Unreported Case (Deans), # 3 Exhibit 3 – Unreported Case (Weeden))(Myers, Jessica) (Entered: 05/15/2008) |
| 05/22/2008 | Ï 34 | REPLY to Response to Motion re 27 MOTION to Dismiss filed by Ameriquest Mortgage Company, Citi Residential Lending. (Attachments: # 1 Unreported Case |

| | | |
|---|---|---|
| | | – Lowe, # 2 Unreported Case – Burton)(Knight, Katherine) (Entered: 05/22/2008) |
| 06/06/2008 | Ï 35 | Letter from the USDC/ND of Illilnois requesting transfer of case pursuant to Conditional Transfer Order (CTO 43) in MDL 1715. (af) (Entered: 06/06/2008) |
| 06/06/2008 | Ï 36 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO 43) rec'd this date from the USDC for the ND of Illinois. This case is ready for closing/transfer. (af) (Entered: 06/06/2008) |
| 06/09/2008 | Ï 37 | ORDER On 06/06/08, the Clerk recieved a 36 certified copy of the final transfer order of the Judicial Panel on Multidistrict Litigation transferring this case to the Northern District of Illinois. As a result, there will be further proceedings before the Magistrate Judge in this case. Signed by Magistrate Judge Juliet E. Griffin on 06/09/08. (ab) (Entered: 06/09/2008) |
| 06/09/2008 | Ï 38 | ORDER Pursuant to the order of the Judicial Panel on Multidistrict Litigation, Docket No. 1715, this case is hereby transferred to the USDC for the Northern District of Illinois for coordinated or consolidated pretrial proceedings. The Clerk of Court is directed to close the case and transmit the record to the USDC for the Northern District of Illinois. Signed by Senior Judge Thomas Wiseman on 06/09/08. (ab) (Entered: 06/09/2008) |